UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HERBERT S. COLLIER,**

　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.  8:12-cv-2061-T-30MAP

**LYKES BROS., INC., JOE COLLINS,
JOHN TALLENT, and WAYNE ZAHN,**

　　**Defendants.**
_____/

**O R D E R**

　　The Court has been advised via a Notice of Pending Settlement (Dkt. #24) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

　　**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within *sixty (60) days* of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs.  **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.**  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

　　**DONE** and **ORDERED** in Tampa, Florida on June 4, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ James S. Moody, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES S. MOODY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-2061.dismiss 24.wpd